1-28-2014

United States of America        Case Number: RDB-1-13-CR-0025

v.

Shariee Dupree        Defendant's Attorney: Joseph
                      Balter AFPD

ENTERED
RECEIVED
FILED
LODGED

FEB 06 2014

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY            DEPUTY

Assistant U.S. Attorney: Brandis
                          Marsh

To: Whom it may Concern;

        I was Sentence on December 2, 2013
By United States District Judge Richard D. Bennett on the Above
Date of December 2, 2013. I would Like a copy of my "Sentencing
Transcripts" so I can File pro se motions. My close friend
of mine and family India Wise is Able to come and pay for them
her Information is India Wise 2834 Brentwood Ave. Baltimore,
Maryland 21218 cell # 443-599-2093.

                        Thank you !!!

                        Shariee Dupree
                        56446-037

INMATE NAME: Sharief Rogers # 56446-037

REGISTER NUMBER: 56446-037

U.S.P. BIG SANDY

P.O. BOX 2068

INEZ, KY 41224

04 FEB 2014 PM 5 L

Legal Mail

United States District Court of Maryland

⇔56446-037⇔

Clerk Of The Court

101 W Lombard ST

Baltimore, MD 21201

United States

2120132605