FEB 14 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Case Number: RDB-1-13-CR-00256-001
Attorney Joseph Balter

To whom it may concern:

My name is Sharieef A Dupree I was sentence on December 2, 2013 By Judge Richard Bennett I wrote about my Sentence transcripts for the above case number can you please send me a copy of my Sentence transcripts for case number RDB-1-13-CR-00256-001

Thank you

Sharieef Dupree

U.S.P. Big Sandy
P.O. Box 2068
Inez, KY 41224

INMATE NAME: Sharieff Dupree    Case 1:08-cr-00256-RDB   Document 65   Filed 02/14/14   Page 2 of 2

REGISTER NUMBER: 56446-037

U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

CHARLESTON WV 250

11 FEB 2014 PM 3 L



⇔56446-037⇔
Clerk Of The Court
101 W Lombard ST
Baltimore, MD 21201
United States

21201260599